Clyde O. Argyle et al., v. The Truckers Coal Company et al., Appellants.

Gen. No. 9,567.

opinion filed June 28, 1940; rehearing denied August 1, 1940. John P. Madden, Francis A. and Thomas B. Dunn, for appellants; Smith & Hynds, for appellees; H. B. Smith and William I. Hynds, of counsel. Opinion by PRESIDING JUSTICE WOLFE. "Not to be published in full."